**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02304-REB-BNB

LOREN J. RANDALL,

      Plaintiff,
v.

THE COLORADO STATE PATROL,
THE ARAPAHOE COUNTY SHERRIFF'S [sic] OFFICE, and
THE ARAPAHOE HOUSE,

      Defendants.

## ORDER CLOSING CASE ADMINISTRATIVELY

**Blackburn, J.**

This matter is before me on the plaintiff's **Motion for Stay Pursuant To Service Members Civil Relief Act (50 U.S.C. 422) and Notice of Change of Address** [#12] filed June 20, 2011.  The motion is granted on the terms specified in this order.

I must note that the magistrate judge recommended many months ago that this case be dismissed based on the plaintiff's failure to prosecute his claim. *Recommendation* [#8] filed February 17, 2010.  At the time the magistrate judge issued his recommendation, the plaintiff had attempted to serve two of the defendants but had not served them properly.  In addition, the plaintiff had not responded to the order to show cause [#6] issued by the magistrate judge.

After the magistrate judge filed his recommendation for dismissal [#8], the plaintiff filed a response [#11] to the order to show cause and objection to the recommendation.  In his response and objection, the plaintiff explained his failure to

respond to the order to show cause as having been caused by his change of address and resultant failure to receive mail from this court. The plaintiff filed a notice of change of address [#10] shortly before he filed his response [#11].

In his present motion, the plaintiff asks that this case be stayed because he now is deployed with the United States Army in Kosovo and cannot pursue this case while he is deployed. The plaintiff indicates that he will return to Colorado sometime in December 2011, and that he wishes to pursue his claim in this case after his return.

In reviewing the file in this case, I note two things. First, there is, at minimum, a substantial question about whether the allegations in the plaintiff's complaint [#1] state a claim on which relief can be granted. In his response to the order to show cause [#11], the plaintiff asks that he be permitted to amend his complaint. Second, none of the defendants yet have been served properly, and, following the recommendation of the magistrate judge, the plaintiff has not made any effort properly to serve the defendants.

Considering all of the circumstances reflected in the record of this case, I find and conclude that administrative closure of this case is appropriate. If, after his return to Colorado, the plaintiff concludes that he wishes to pursue his claim in this case, he may seek to re-open this case within the time specified in this order. If the plaintiff does not seek to re-open this case, then this case shall remain closed, pending formal dismissal.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff's **Motion for Stay Pursuant To Service Members Civil Relief Act (50 U.S.C. 422) and Notice of Change of Address** [#12] filed June 20, 2011, is **GRANTED** on the terms stated in this order;

2. That this action is **CLOSED ADMINISTRATIVELY**;

3. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause;

4. That on or before **January 20, 2012**, the plaintiff may move to re-open this case on a showing of good cause to re-open;

5. That if the plaintiff does not move to re-open this case on or before **January 20, 2012**, then this case **SHALL BE DISMISSED** without prejudice;

6. That otherwise, the plaintiff's **Motion for Stay Pursuant To Service Members Civil Relief Act (50 U.S.C. 422) and Notice of Change of Address** [#12] filed June 20, 2011, is **DENIED**; and

7. That based on the plaintiff's request in his present motion, the plaintiff's address of record **SHALL BE**:

Loren J. Randall
KFOR 14/TF Falcon
HHC, 11th MEB
ATTN: Loren Randall
Camp Bondsteel, APO AE 09340.

Dated June 29, 2011, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

3