**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02304-REB-BNB

LOREN J. RANDALL,

    Plaintiff,

v.

THE COLORADO STATE PATROL,
THE ARAPAHOE COUNTY SHERRIFF'S [sic] OFFICE, and
THE ARAPAHOE HOUSE,

    Defendants.

---

## MINUTE ORDER[1]

---

    By order [#14] of this court, this case was closed administratively. The plaintiff's motion [#15] to re-open this case was denied in an order [#19] entered March 14, 2013. Given these circumstances, the Recommendation of United States Magistrate Judge [#8] filed February 17, 2010, is terminated on the docket as moot.

    Dated: May 12, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.